# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN TRADERS, INC., et al.,<br><br>Defendants. | 1:16-cv-194-LJO-SMS<br><br>**ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL** |

On March 14, 2016, Plaintiff filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 10 at 2. Plaintiff requests that the Court issue an order dismissing the complaint without prejudice against Defendant Liljenquist Corporation only. *Id.*

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES the complaint <u>without prejudice</u> against Defendant Liljenquist Corporation <u>only</u>.

IT IS SO ORDERED.

   Dated:   **March 15, 2016**          /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE