Tiffany Tran, SBN: 294213
PALMER KAZANJIAN WOHL HODSON LLP
2277 Fair Oaks Boulevard, Suite 455
Sacramento, CA 95825
Telephone:    (916) 442-3552
Facsimile:    (916) 640-1521

Attorneys for Defendant
AMERICAN TRADERS, INC. and
SK LODGING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>            Plaintiff,<br><br>      v.<br><br>AMERICAN TRADERS, INC. dba THE MODESTO HOTEL; SK LODGING, LLC dba THE MODESTO HOTEL; LILJENQUIST CORP.,<br><br>            Defendants. | Case No. 1:16-cv-00194-LJO-SMS<br><br>ORDER |

Pursuant to stipulation, and for good cause shown, Defendants American Trader's Inc. and SK Lodging LLC's deadline to respond to Plaintiff's Complaint is extended to June 7, 2016.

IT IS SO ORDERED.

Dated:  **May 10, 2016**          **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER