# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>                    Plaintiff,<br><br>        v.<br><br>AMERICAN TRADERS, INC. et al.,<br><br>                    Defendants.<br>_____/ | Case No.  1:16-cv-00194-LJO-SKO<br><br>**ORDER DIRECTING THE CLERK TO CLOSE CASE**<br><br>**(Doc. 23)** |

On January 6, 2017, all remaining parties in this case filed a Joint Stipulation for Dismissal, in which they stipulate to the dismissal of this matter. (Doc. 23.) As such, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is dismissed in its entirety. The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:  **January 9, 2017**                           /s/ *Sheila K. Oberto*
                                                                       UNITED STATES MAGISTRATE JUDGE